## (November 19, 1959)

In the Matter of HAZEL ELIZABETH NICHOLS COLLINS for Permission to Change Her Name on the Roll of Attorneys.— Application by Hazel Elizabeth Nichols Collins to change her name to Betty Nichols Collins on the roll of attorneys of this court. Application granted. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of PHYLLIS MARIE TATE for Permission to Practice Law Under Her Married Name, PHYLLIS TATE HOLZER.— Application by Phyllis Marie Tate for permission to change her name on the roll of attorneys of this court to Phyllis Tate Holzer. Application granted. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES STRAUB, Appellant.— Application for assignment of counsel. Application denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS BERNARD O'ROURKE, Appellant.— Motion for permission to appeal to the Court of Appeals is again denied on the ground that such an application should be made to an individual Justice of the Supreme Court, Appellate Division, Third Department or an Associate Judge of the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Probate of the Will of BENJAMIN FULLER, Deceased. ELOISE DE CLERCQ et al., Appellants; HILDA I. FULLER et al., Respondents.— Motion for reargument denied, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.